FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAN 2 5 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. SA:21-CR-00102-DAE (1) |
| Plaintiff, | § | |
| vs. | § | |
| JESSE MCKEE HOWARD, | § | |
| Defendant. | § | |

## VERDICT FORM FOR DEFENDANT JESSE MCKEE HOWARD

We, the jury in the above-captioned case, unanimously return the following verdict:

### COUNT ONE

As to Count One of the Indictment (Attempted Enticement of a Minor), we the jury unanimously find the defendant, **JESSE MCKEE HOWARD**,

GUILTY **X**          NOT GUILTY _____

_1-25-23_
Date

_____
Foreperson

1